THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS JACKSON, Defendant-Appellant.

(No. 58066; ▮▮▮▮▮▮▮▮▮

First District (2nd Division)—May 14, 1974.

PER CURIAM.
STAMOS, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.